UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-2(c)**
Law Offices
HONIG & GREENBERG, L.L.C.
By: Helene B. Raush
1949 Berlin Road
Suite 200
Cherry Hill, N.J. 08003-3737
(856) 770-0990
Attorneys for Tri-State Credit Corp.

In Re:
    HOWARD I. SOMERVILLE and WANDA I. SOMERVILLE
                Debtors

Order Filed on May 9, 2019 by
Clerk U.S. Bankruptcy Court
District of New Jersey

CHAPTER 13

Case No.: 19-14840-JNP

Judge: Hon. Jerrold N. Poslusny, Jr.

**CONSENT ORDER FOR AMOUNT DUE TO TRI-STATE CREDIT CORPORATION TO BE PAID UNDER THE PLAN AND FOR ADEQUATE PROTECTION**

    The relief set forth on the following pages, numbered two (2) through two (2) is hereby

**ORDERED**.

**DATED: May 9, 2019**

_____
Honorable Jerrold N. Poslusny, Jr.
United States Bankruptcy Court

Case 19-14840-JNP    Doc 27-1    Filed 05/09/19    Entered 05/09/19 12:40:25    Desc Main
Proposed Document Consent Order    Page 2 of 3

Page 2
Debtor: Howard I. Somerville and Wanda I. Somerville
Case No: 19-14840-JNP
Caption: Consent Order for Amount Due to Tri-State Credit Corp to be Paid under the Plan and for Adequate Protection

**THIS MATTER** being opened to the Court by William Clunn, Esq. of the Law Office of Seymour Wasserstrum, attorney for debtor upon the filing of a Chapter 13 Plan, and by creditor Tri-State Credit Corp. by and through its attorneys Honig & Greenberg, L.L.C., and the parties having subsequently reached an agreement with regard to amount due to Tri-State Credit Corporation to be paid under the debtor's chapter 13 plan; and the Court noting the consent of the parties to the form, substance and entry of the within Order; and the Court having considered the parties' application for the entry of this Consent Order; and for other good cause shown;

It is ORDERED as follows:

1. The following amount is due to Tri-State Credit Corp. on the 2004 Dodge Ram 1500 as a secured claim:

   | | |
   |---|---|
   | Principal due as of the filing date: | $ 4,941.26 |
   | Interest due as of the date of filing: | $ 170.64 |
   | Late charges | $ 30.00 |
   | 6.5% Interest on principal through 60 month plan: | $ 894.70 |
   | Counsel fees as provided by Note | $ 653.06 |
   | **TOTAL SECURED CLAIM** | **$ 6,689.66** |

2. The debtors will pay the aforestated total to Tri-State Credit Corporation through their bankruptcy plan.

3. Adequate protection payments of $117.16 per month shall be paid post confirmation toward the outstanding balance due, which shall be disbursed from the trustee pro rata with any priority claims being paid.

Page 3
Debtor: Howard I. Somerville and Wanda I. Somerville
Case No: 19-14840-JNP
Caption: Consent Order for Amount Due to Tri-State Credit Corp to be Paid under the Plan and for Adequate Protection

4. Debtors will provide proof of auto insurance on this vehicle with Tri-State Credit Corp. named as additional insured/loss payee and will maintain this insurance throughout the time that they are paying off this loan.

The undersigned hereby consent to the form, content and entry of the within order:

By: /s/ Helene B. Raush_____
    Helene B. Raush, Esq.
    Honig & Greenberg, L.L.C.
    Attorneys for Creditor Tri-State Credit Corp.

By: /s/ William Clunn_____
    William Clunn, Esq.
    Law Office of Seymour Wasserstrum
    Attorney for debtors Howard I. Somerville and Wanda I. Somerville

END OF ORDER