Case 19-14840-JNP    Doc 27    Filed 05/10/19    Entered 05/10/19 14:10:26    Desc Imaged
Case 19-14840-JNP    Doc 30    Filed 05/11/19    Entered 05/12/19 00:49:46    Desc
Certificate of Notice    Page 1 of 4
Proposed Order of Consent Order    Page 1 of 2

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-2(c)**
Law Offices
HONIG & GREENBERG, L.L.C.
By: Helene B. Raush
1949 Berlin Road
Suite 200
Cherry Hill, N.J. 08003-3737
(856) 770-0990
Attorneys for Tri-State Credit Corp.

In Re:
  HOWARD I. SOMERVILLE and WANDA I. SOMERVILLE
        Debtors

Order Filed on May 9, 2019 by
Clerk U.S. Bankruptcy Court
District of New Jersey

CHAPTER 13

Case No.: 19-14840-JNP

Judge: Hon. Jerrold N. Poslusny, Jr.

# CONSENT ORDER FOR AMOUNT DUE TO TRI-STATE CREDIT CORPORATION TO BE PAID UNDER THE PLAN AND FOR ADEQUATE PROTECTION

  The relief set forth on the following pages, numbered two (2) through two (2) is hereby **ORDERED**.

**DATED: May 9, 2019**

_____
Honorable Jerrold N. Poslusny, Jr.
United States Bankruptcy Court

Case 19-14840-JNP Doc 30 Filed 05/11/19 Entered 05/12/19 00:40:16 Desc Imaged
Certificate of Notice Page 2 of 4
Case 19-14840-JNP Doc 27-1 Filed 05/08/19 Entered 05/08/19 14:10:26 Desc
Proposed Order of Consent Order Page 2 of 3

Page 2
Debtor: Howard I. Somerville and Wanda I. Somerville
Case No: 19-14840-JNP
Caption: Consent Order for Amount Due to Tri-State Credit Corp to be Paid under the Plan and for Adequate Protection

**THIS MATTER** being opened to the Court by William Clunn, Esq. of the Law Office of Seymour Wasserstrum, attorney for debtor upon the filing of a Chapter 13 Plan, and by creditor Tri-State Credit Corp. by and through its attorneys Honig & Greenberg, L.L.C., and the parties having subsequently reached an agreement with regard to amount due to Tri-State Credit Corporation to be paid under the debtor's chapter 13 plan; and the Court noting the consent of the parties to the form, substance and entry of the within Order; and the Court having considered the parties' application for the entry of this Consent Order; and for other good cause shown;

It is ORDERED as follows:

1. The following amount is due to Tri-State Credit Corp. on the 2004 Dodge Ram 1500 as a secured claim:

    | | |
    |---|---|
    | Principal due as of the filing date: | $ 4,941.26 |
    | Interest due as of the date of filing: | $ 170.64 |
    | Late charges | $ 30.00 |
    | 6.5% Interest on principal through 60 month plan: | $ 894.70 |
    | Counsel fees as provided by Note | $ 653.06 |
    | **TOTAL SECURED CLAIM** | **$ 6,689.66** |

2. The debtors will pay the aforestated total to Tri-State Credit Corporation through their bankruptcy plan.

3. Adequate protection payments of $117.16 per month shall be paid post confirmation toward the outstanding balance due, which shall be disbursed from the trustee pro rata with any priority claims being paid.

Case 19-14840-JNP    Doc 30    Filed 05/12/19    Entered 05/12/19 06:40:26    Desc Imaged
Certificate of Notice    Page 3 of 4
Case 19-14840-JNP    Doc 27    Filed 05/08/19    Entered 05/08/19 14:10:26    Desc
Proposed Order of Consent Order    Page 3 of 3

Page 3
Debtor: Howard I. Somerville and Wanda I. Somerville
Case No: 19-14840-JNP
Caption: Consent Order for Amount Due to Tri-State Credit Corp to be Paid under the Plan and for Adequate Protection

4. Debtors will provide proof of auto insurance on this vehicle with Tri-State Credit Corp. named as additional insured/loss payee and will maintain this insurance throughout the time that they are paying off this loan.

The undersigned hereby consent to the form, content and entry of the within order:

By: __/s/ Helene B. Raush_____
   Helene B. Raush, Esq.
   Honig & Greenberg, L.L.C.
   Attorneys for Creditor Tri-State Credit Corp.

By: __/s/ William Clunn_____
   William Clunn, Esq.
   Law Office of Seymour Wasserstrum
   Attorney for debtors Howard I. Somerville and Wanda I. Somerville

END OF ORDER

United States Bankruptcy Court
District of New Jersey

In re:  
Howard I Somerville  
Wanda I Somerville  
    Debtors

Case No. 19-14840-JNP  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-1     User: admin     Page 1 of 1     Date Rcvd: May 09, 2019  
                       Form ID: pdf903    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 11, 2019.  
db/jdb      +Howard I Somerville,  Wanda I Somerville,  2314 Mistletoe Lane,  Millville, NJ 08332-6430

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                    TOTAL: 0

       ***** BYPASSED RECIPIENTS *****  
NONE.                                                    TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 11, 2019                                        Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 9, 2019 at the address(es) listed below:
        Helene Bonnie Raush    on behalf of Creditor    Tri-State Credit Corp. hraush@hgllclaw.com, aholmes@hgllclaw.com
        Isabel C. Balboa    ecfmail@standingtrustee.com, summarymail@standingtrustee.com
        Kevin Gordon McDonald    on behalf of Creditor    MIDFIRST BANK kmcdonald@kmllawgroup.com, bkgroup@kmllawgroup.com
        Seymour  Wasserstrum    on behalf of Debtor Howard I Somerville mylawyer7@aol.com, ecf@seymourlaw.net
        Seymour  Wasserstrum    on behalf of Joint Debtor Wanda I Somerville mylawyer7@aol.com, ecf@seymourlaw.net
        U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                                          TOTAL: 6