Form 148 − ntcdsmcs

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

Case No.: 19−14840−JNP
Chapter: 13
Judge: Jerrold N. Poslusny Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

| Howard I Somerville | Wanda I Somerville |
| 2314 Mistletoe Lane | 2314 Mistletoe Lane |
| Millville, NJ 08332 | Millville, NJ 08332 |

Social Security No.:
  xxx−xx−5675                                                    xxx−xx−0697

Employer's Tax I.D. No.:

## NOTICE OF ORDER DISMISSING CASE

NOTICE IS HEREBY GIVEN that an Order Dismissing the above captioned Case as to the:
Debtor and Joint Debtor was entered on December 9, 2021.

Any discharge which was granted as to the above mentioned debtor(s) in this case is vacated. All outstanding fees to the Court incurred by the dismissed debtor(s) are due and owing and must be paid within seven (7) days from the date of this Order.

This dismissal may mean that the debtor is ineligible to file another bankruptcy petition for 180 days under 11 U.S.C. § 109(g).

Dated: December 9, 2021
JAN: kvr

Jeanne Naughton
Clerk

United States Bankruptcy Court

District of New Jersey

| | |
|---|---|
| In re: | Case No. 19-14840-JNP |
| Howard I Somerville | Chapter 13 |
| Wanda I Somerville | |
|     Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0312-1 | User: admin | Page 1 of 5 |
| Date Rcvd: Dec 09, 2021 | Form ID: 148 | Total Noticed: 91 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |
| ## | Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 11, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Howard I Somerville, Wanda I Somerville, 2314 Mistletoe Lane, Millville, NJ 08332-6430 |
| lm | + | Midland Mortgage, POB 268806, Oklahoma City, OK 73126-8806 |
| cr | + | Tri-State Credit Corp., 2188 North Delsea Drive, Vineland, NJ 08360-1971 |
| 518134979 | | APS, 2527 Cranberry Hwy, Wareham, MA 02571-1046 |
| 518134907 | | Abercrombie and Fitch, 1750 Deptford Center Rd #1226, Thorofare, NJ 08086 |
| 518073606 | | BMG Music, PO Box 91501, Indianapolis, IN 46291 |
| 518134910 | + | Big Lots, Inc., 101 Bluebird Ln, Millville, NJ 08332-1317 |
| 518073607 | + | Capital Auto Sales, 1329 N. Delsea Drive, Vineland, NJ 08360-2255 |
| 518134941 | | Excel Care Alliance, Llc, 76 South State Street, Vineland, NJ 08360-4851 |
| 518073626 | ++ | FIRST SAVINGS BANK, PO BOX 5096, SIOUX FALLS SD 57117-5096 address filed with court:, Fsb Blaze Credit Card, 500 E. 60th Street, Sioux Falls, SD 57104 |
| 518073622 | | First Access/Bank of Missouri, PO Box 89028, Sioux Falls, SD 57109-9028 |
| 518073623 | + | First National Credit, 500 E3. 60th Street, Sioux Falls, SD 57104-0478 |
| 518073625 | + | First Savings Credit, 500 E 60th St N, Sioux Falls, SD 57104-0478 |
| 518073627 | + | Indigo Card, 707 Skokie Blvd Ste 375, Northbrook, IL 60062-2882 |
| 518138708 | + | Indigo Card/Meta Bank, 707 Skokie Blvd Ste 375, Northbrook, IL 60062-2882 |
| 518134948 | | Inspira Health, P.O. Box 48274, Newark, NJ 07101-8474 |
| 518134950 | | Lab Corp, PO Box 2240, Burlington, NC 27216-2240 |
| 518073633 | + | MABT/CONTFIN, PO Box 11743, Wilmington, DE 19850-1743 |
| 518073634 | + | Mariner Finance, 3650 E Landis Ave, Vineland, NJ 08361 |
| 518245156 | + | Mariner Finance, LLC, 8211 Town Center Drive, Nottingham, MD 21236-5904 |
| 518134906 | | Midland Mortgage, Po Box 5025, Oklahoma City, OK 73126 |
| 518302601 | + | NJSVS Surcharge Violation System Office, PO Box 136, Trenton, NJ 08666-0136 |
| 518134966 | + | New Jersey Surcharge, PO Box 1502, Trenton, NJ 08607-1502 |
| 518073636 | + | Ocwen Loan Servicing, 1661 Worthington Rd Ste 100, West Palm Beach, FL 33409-6493 |
| 518073637 | | Office Of Attorney General, Richard J Hughes Justice Complex, 25 Market St, P.O. Box 112, Trenton, NJ 08625-0112 |
| 518073638 | + | Republic Bank/Build, PO Box 9203, Old Bethpage, NY 11804-9003 |
| 518134969 | + | South Jersey Gas, Po Box 577, Hammonton, NJ 08037-0577 |
| 518134974 | + | South Jersey Health System, PO Box 3129, Secaucus, NJ 07096-3129 |
| 518073639 | + | State Of New Jersey, Divison Of Taxation, P.O. Box 245, Trenton, NJ 08695-0245 |
| 518073645 | + | Tri State Credit Corp, 2188 N. Delsea Drive, Vineland, NJ 08360-1971 |
| 518195882 | + | Tri-State Credit Corporation, c/o Honig & Greenberg, 1949 Berlin Road, Suite 200, Cherry Hill NJ 08003-2077 |

TOTAL: 31

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | | |
| | | | Dec 09 2021 20:35:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | | |
| | | | Dec 09 2021 20:35:00 | United States Trustee, Office of the United States |

|  |  |  |  |
|---|---|---|---|
|  |  |  | Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 518213350 | EDI: ATLASACQU | Dec 10 2021 01:33:00 | Atlas Acquisitions LLC, 492C Cedar Lane, Suite 442, Teaneck, NJ 07666 |
| 518073603 | + EDI: RMCB.COM | Dec 10 2021 01:33:00 | American Medical Collection Agency, 4 Westchester Palza Suite 110, Elmford, NY 10523-1615 |
| 518103220 | Email/PDF: resurgentbknotifications@resurgent.com | Dec 09 2021 20:35:54 | Ashley Funding Services, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 518134909 | + Email/Text: bankruptcy@pepcoholdings.com | Dec 09 2021 20:35:00 | Atlantic City Electric, 5 Collins Drive Suite 2133, Pepco Holdings Inc, Bankruptcy, Division, Penns Grove, NJ 08069-3600 |
| 518073604 | + EDI: BANKAMER2.COM | Dec 10 2021 01:33:00 | Bank Of America, PO Box 17054, Wilmington, DE 19850-7054 |
| 518212274 | + EDI: TCISOLUTIONS.COM | Dec 10 2021 01:33:00 | Bank of Missouri, Atttn Total Card, Inc., 2700 S. Lorraine Pl, Sioux Falls, SD 57106-3657 |
| 518134911 | + EDI: HFC.COM | Dec 10 2021 01:33:00 | Boscovs, PO Box 17642, Baltimore, MD 21297-1642 |
| 518073605 | EDI: CITICORP.COM | Dec 10 2021 01:33:00 | Best Buy, PO Box 688911, Des Moines, IA 50368-8911 |
| 518134914 | EDI: WFNNB.COM | Dec 10 2021 01:33:00 | Childrens Place, PO Box 183015, Columbus, OH 43218-3015 |
| 518164875 | + EDI: LCIFULLSRV | Dec 10 2021 01:33:00 | COMCAST, PO BOX 1931, Burlingame, CA 94011-1931 |
| 518073608 | EDI: CAPITALONE.COM | Dec 10 2021 01:33:00 | Capital One Bank, Po Box 30281, Salt Lake City, CT 84130-0281 |
| 518073609 | + EDI: RMSC.COM | Dec 10 2021 01:33:00 | Care Credit, PO Box 981439, El Paso, TX 79998-1439 |
| 518073610 | + Email/Text: tracey.gregoire@millvillenj.gov | Dec 09 2021 20:35:00 | City Of Millville, 12 South High Street, Po Box 609, Millville, NJ 08332-0609 |
| 518073611 | EDI: COMCASTCBLCENT | Dec 10 2021 01:33:00 | Comcast, 1846 N West Blvd, Vineland, NJ 08360-2000 |
| 518134916 | EDI: WFNNB.COM | Dec 10 2021 01:33:00 | Comenity - game stop, P.O. Box 183003, Columbus, OH 43218-3003 |
| 518073612 | + EDI: WFNNB.COM | Dec 10 2021 01:33:00 | Comenity Bank, PO Box 182124, Columbus, OH 43218-2124 |
| 518073613 | + Email/PDF: creditonebknotifications@resurgent.com | Dec 09 2021 20:35:52 | Credit One, PO Box 98873, Las Vegas, NV 89193-8873 |
| 518073614 | Email/PDF: creditonebknotifications@resurgent.com | Dec 09 2021 20:35:51 | Credit One Bank, P.O. Box 60500, City Of Industry, CA 91716-0500 |
| 518073615 | EDI: DIRECTV.COM | Dec 10 2021 01:33:00 | DirecTV, P.O. Box 11732, Newark, NJ 07101-4732 |
| 518073616 | + EDI: DCI.COM | Dec 10 2021 01:33:00 | Diversified, P.O. Box 551268, Jacksonville, FL 32255-1268 |
| 518134937 | + Email/PDF: MerrickBKNotifications@Resurgent.com | Dec 09 2021 20:35:50 | Eddie Bauer, 101 Crossway Park West, Woodbury, NY 11797-2020 |
| 518073618 | + Email/Text: bknotice@ercbpo.com | Dec 09 2021 20:35:00 | Enhance Recovery Company, 8014 Bayberry Road, Jacksonville, FL 32256-7412 |
| 518134942 | EDI: WFNNB.COM | Dec 10 2021 01:33:00 | Express, P.O. Box 659728, San Antonio, TX 78265-9728 |
| 518073619 | + EDI: BLUESTEM |  |  |

Case 19-14840-JNP    Doc 55    Filed 12/11/21    Entered 12/12/21 00:14:55    Desc Imaged
                               Certificate of Notice    Page 4 of 6

| District/off: 0312-1 | User: admin | Page 3 of 5 |
|---|---|---|
| Date Rcvd: Dec 09, 2021 | Form ID: 148 | Total Noticed: 91 |

| Recipient ID | | Notice Method | Date/Time | Recipient |
|---|---|---|---|---|
| 518073621 | | EDI: BLUESTEM | Dec 10 2021 01:33:00 | Finger Hut, Po Box 166, Newark, NJ 07101-0166 |
| 518073620 | + | EDI: BLUESTEM | Dec 10 2021 01:33:00 | Fingerhut, Po Box 166, Newark, NJ 07101-0166 |
| 518073624 | | EDI: AMINFOFP.COM | Dec 10 2021 01:33:00 | Fingerhut, Direct Marketing, Inc, 6250 Ridgewood Road, St. Cloud, MN 56303-0820 |
| 518134944 | | Email/Text: bankruptcy@hsn.net | Dec 10 2021 01:33:00 | First Premier Bank, PO Box 5519, Sioux Falls, SD 57117-5519 |
| 518073628 | + | EDI: IRS.COM | Dec 09 2021 20:35:00 | HSN, P.O. Box 9090, Clearwater, FL 33758-9090 |
| 518250361 | | EDI: JEFFERSONCAP.COM | Dec 10 2021 01:33:00 | Internal Revenue Service, 1601 Market Street, Philadelphia, PA 19103-2301 |
| 518073646 | | EDI: JEFFERSONCAP.COM | Dec 10 2021 01:33:00 | Jefferson Capital Systems LLC, Po Box 7999, Saint Cloud Mn 56302-9617 |
| 518073632 | | EDI: WFNNB.COM | Dec 10 2021 01:33:00 | Tribute Mastercard, C/O Jefferson Capital Systems, 16 McLeland Road, St. Cloud, MN 56303 |
| 518103219 | | Email/PDF: resurgentbknotifications@resurgent.com | Dec 10 2021 01:33:00 | Justice, Po Box 182125, Columbus, OH 43218-2125 |
| 518103218 | | Email/PDF: MerrickBKNotifications@Resurgent.com | Dec 09 2021 20:35:54 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 518073635 | + | Email/PDF: MerrickBKNotifications@Resurgent.com | Dec 09 2021 20:35:57 | MERRICK BANK, Resurgent Capital Services, PO Box 10368, Greenville, SC 29603-0368 |
| 518238840 | + | EDI: AISMIDFIRST | Dec 09 2021 20:35:52 | Merrick Bank, 10705 S Jordan Gtwy, Ste 200, South Jordan, UT 84095-3977 |
| 518134968 | | EDI: WFNNB.COM | Dec 10 2021 01:33:00 | MidFirst Bank, 999 NorthWest Grand Boulevard, Oklahoma City, OK 73118-6051 |
| 518073636 | + | EDI: LCIPHHMRGT | Dec 10 2021 01:33:00 | New York & Co, PO Box 659728, San Antonio, TX 78265-9728 |
| 518134984 | + | Email/Text: EBN_Waco@Receivemorermp.com | Dec 10 2021 01:33:00 | Ocwen Loan Servicing, 1661 Worthington Rd Ste 100, West Palm Beach, FL 33409-6493 |
| 518251350 | | EDI: PRA.COM | Dec 09 2021 20:35:00 | PMAB LLC, 4135 S Stream Blvd Ste, Charlotte, NC 28217-4636 |
| 518251344 | | EDI: PRA.COM | Dec 10 2021 01:33:00 | Portfolio Recovery Associates, LLC, C/O synchrony Bank, POB 41067, Norfolk VA 23541 |
| 518245877 | | EDI: PRA.COM | Dec 10 2021 01:33:00 | Portfolio Recovery Associates, LLC, c/o Best Buy, POB 41067, Norfolk VA 23541 |
| 518182417 | + | EDI: JEFFERSONCAP.COM | Dec 10 2021 01:33:00 | Portfolio Recovery Associates, LLC, c/o Justice, POB 41067, Norfolk VA 23541 |
| 518238930 | | EDI: Q3G.COM | Dec 10 2021 01:33:00 | Premier Bankcard, Llc, Jefferson Capital Systems LLC Assignee, Po Box 7999, Saint Cloud Mn 56302-7999 |
| 518238926 | | EDI: Q3G.COM | Dec 10 2021 01:33:00 | Quantum3 Group LLC as agent for, Comenity Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 518230649 | | EDI: Q3G.COM | Dec 10 2021 01:33:00 | Quantum3 Group LLC as agent for, Comenity Capital Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 518190821 | + | Email/Text: jkatsios@gsicollections.com | Dec 10 2021 01:33:00 | Quantum3 Group LLC as agent for, GPCC I LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 518077866 | + | EDI: RMSC.COM | Dec 09 2021 20:35:00 | Regional Diagnostic Imaging, LLC, c/o GSI Recovery,LLC, PO Box 1026, Bloomfield, NJ 07003-1026 |
| | | | Dec 10 2021 01:33:00 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA |

| Recip ID | | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | | 23541-1021 |
| 518073640 | | EDI: RMSC.COM | Dec 10 2021 01:33:00 | Synchrony/Care Credit, PO Box 965036, Orlando, FL 32896-5036 |
| 518073641 | + | EDI: RMSC.COM | Dec 10 2021 01:33:00 | Synchroy Bank/Walmart, Po Box 965024, Orlando, FL 32896-5024 |
| 518073642 | | EDI: AISTMBL.COM | Dec 10 2021 01:33:00 | T-Mobile, Po Box 742596, Cincinnati, OH 45274-2596 |
| 518073644 | + | EDI: PHINGENESIS | Dec 10 2021 01:33:00 | TBOM Retail, PO Box 4499, Beaverton, OR 97076-4499 |
| 518255707 | + | Email/Text: bncmail@w-legal.com | Dec 09 2021 20:35:00 | TD Bank USA, N.A., C O WEINSTEIN & RILEY, PS, 2001 WESTERN AVENUE, STE 400, SEATTLE, WA 98121-3132 |
| 518073643 | + | EDI: WTRRNBANK.COM | Dec 10 2021 01:33:00 | Target/TD Bank, PO Box 673, Minneapolis, MN 55440-0673 |
| 518134975 | | EDI: WFNNB.COM | Dec 10 2021 01:33:00 | Ulta, PO Box 659820, San Antonio, TX 78265-9120 |
| 518073648 | + | Email/Text: office@ubtfcu.org | Dec 09 2021 20:35:00 | Union Bld Trades Fcu, PO Box 6270, Parsippany, NJ 07054-7270 |
| 518239811 | + | EDI: AIS.COM | Dec 10 2021 01:33:00 | Verizon, by American InfoSource as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 518073649 | + | EDI: VERIZONCOMB.COM | Dec 10 2021 01:33:00 | Verizon, 500 Technology Drive Suite 300, Weldon Springs, MO 63304-2225 |
| 518134976 | | EDI: WFNNB.COM | Dec 10 2021 01:33:00 | Victoria's Secret, PO Box 659728, San Antonio, TX 78265-9728 |

TOTAL: 61

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 518242716 | *P++ | ATLAS ACQUISITIONS LCC, 492C CEDAR LANE SUITE 442, TEANECK NJ 07666-1713, address filed with court:, Atlas Acquisitions LLC, 492C Cedar Lane, Suite 442, Teaneck, NJ 07666 |
| 518073631 | *P++ | INTERNAL REVENUE SERVICE, CENTRALIZED INSOLVENCY OPERATIONS, PO BOX 7346, PHILADELPHIA PA 19101-7346, address filed with court:, Internal Revenue Service, Po Box 724, Springfield, NJ 07081 |
| 518073629 | * | Internal Revenue Service, Officer, a managing or general agent, PO Box 744, Springfield, NJ 07081-0744 |
| 518073630 | *+ | Internal Revenue Service, Officer, a managing or general agent,, PO Box 7346, Philadelphia, PA 19101-7346 |
| 518073617 | ##+ | Eastern Account System, 75 Glen Road Ste 110, Sandy Hook, CT 06482-1175 |
| 518073647 | ##+ | Trident Asset Management, 5755 N Point Pkwy, Suite 12, Alpharetta, GA 30022-1136 |

TOTAL: 0 Undeliverable, 4 Duplicate, 2 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 11, 2021   Signature:   /s/Joseph Speetjens

Case 19-14840-JNP    Doc 55    Filed 12/11/21    Entered 12/12/21 00:14:55    Desc Imaged
Certificate of Notice    Page 6 of 6

| District/off: 0312-1 | User: admin | Page 5 of 5 |
|---|---|---|
| Date Rcvd: Dec 09, 2021 | Form ID: 148 | Total Noticed: 91 |

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 9, 2021 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Denise E. Carlon | on behalf of Creditor MIDFIRST BANK dcarlon@kmllawgroup.com  bkgroup@kmllawgroup.com |
| Helene Bonnie Raush | on behalf of Creditor Tri-State Credit Corp. hraush@hgllclaw.com  btemple@hgllclaw.com |
| Isabel C. Balboa | on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com  summarymail@standingtrustee.com |
| Isabel C. Balboa | ecfmail@standingtrustee.com  summarymail@standingtrustee.com |
| Kevin Gordon McDonald | on behalf of Creditor MIDFIRST BANK kmcdonald@kmllawgroup.com  bkgroup@kmllawgroup.com |
| Seymour Wasserstrum | on behalf of Debtor Howard I Somerville mylawyer7@aol.com  ecf@seymourlaw.net;r47769@notify.bestcase.com |
| Seymour Wasserstrum | on behalf of Joint Debtor Wanda I Somerville mylawyer7@aol.com  ecf@seymourlaw.net;r47769@notify.bestcase.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 8